**Order entered November 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01357-CV

### IN RE LOUISE DAVIS, Relator

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13843**

## ORDER
Before Justices Bridges, Brown, and Boatright

Before the Court is relator's November 8, 2018 petition for writ of mandamus. We request that respondent and the real party in interest file their responses, if any, to relator's petition for writ of mandamus **by December 3, 2018.**

/s/    DAVID L. BRIDGES
        PRESIDING JUSTICE